IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY R. GONZALEZ,       )
                           )
                           )
vs.                        )    Case No. 06-cv-714 JPG
                           )
                           )
TENNESSEE VALLEY TOWING, INC.   )

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  December 15, 2006**          By:s/DeborahAgans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**